UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
BEATRICE SHIRLEY WILLIAMS-STEELE,       : 12 Civ. 0310 (GBD) (JCF)
                                        :
                Plaintiff,              :      REPORT AND
                                        :      RECOMMENDATION
        - against -                     :
                                        :
TRANS UNION, EXPERIAN and EQUIFAX,      :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/13

TO THE HONORABLE GEORGE B. DANIELS, U.S.D.J.:

The plaintiff has submitted (but apparently not filed) a letter seeking reconsideration of the July 29, 2013, Memorandum and Order of the Honorable George B. Daniels, U.S.D.J., vacating a default entered against defendant Trans Union.  This application is untimely.  A motion for reconsideration must be made within 14 days of the date of the order for which reconsideration is sought.  Local Civil Rule 6.3.  The plaintiff therefore had until August 12, 2013, to submit such a motion here.  However, her application was not received until approximately ten days later.  Moreover, even if the application were timely, it does not present any information previously overlooked by the Court that would warrant reconsideration.  I therefore recommend that the application be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules of Civil Procedure, the parties shall have

1

fourteen (14) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court, with extra copies delivered to the chambers of the Honorable George B. Daniels, Room 1310, and to the chambers of the undersigned, Room 1960, 500 Pearl Street, New York, New York 10007. Failure to file timely objections will preclude appellate review.

                                              Respectfully submitted,

                                              *[signature: James C. Francis IV]*

                                              JAMES C. FRANCIS IV
                                              UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       August 22, 2013

Copies mailed this date:

Beatrice Shirley Williams-Steele
1085 Nelson Avenue
4A
Bronx, New York 10452

Camille R. Nicodemus, Esq.
Schukit & Associates, P.C.
4545 Northwestern Dr.
Zionsville, IN 46077